UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION |
| | * | MDL NO. 1531 |
| TRAIN DERAILMENT NEAR AMITE | * | |
| LOUISIANA, ON OCTOBER, 12, 2002 | * | SECTION "A" |
| | * | |
| | * | JUDGE ZAINEY |
| *THIS DOCUMENT RELATES TO:* | * | MAGISTRATE SHUSHAN |
| *All Actions* | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## REPORT AND RECOMMENDATION OF SPECIAL MASTER
## TO ORDER ADDITIONAL ALLOCATIONS AND DISBURSEMENTS

On motion of William E. Bradley, attorney of record for movers William Paine, Linda Paine and Kevin Wells, a telephonic hearing was conducted on January 31, 2007 at 2:00 p.m. for expedited consideration of movers' request to receive personal injury allocations in this matter.

1.

Participating in the telephonic hearing were: William E. Bradley on behalf of movers, Frank C. Dudenhefer, Jr. and John B. Edwards as class counsel on behalf of the Class Representatives and the class as a whole, and Terri Duhon, the Amite Train Derailment Claims Office Administrator.

2.

Based upon the documentary and testimonial evidence presented and the argument of counsel, and it being demonstrated that movers were not allocated personal injury awards in this matter through inadvertence, it is the Special Master's recommendation that the Court order the

Court Appointed Disbursing Agent, to allocate and disburse personal injury awards to movers

William Paine, Linda Paine, and Kevin Wells, consistent with the previously approved allocation

protocol and in amounts shown on Exhibit A attached hereto which the clerk is ordered to file

**UNDER SEAL**.

New Orleans, Louisiana, this 2nd day of February, 2007.

_____

**SALLY SHUSHAN, Special Master**
**U.S. Magistrate Judge**