```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                              CIVIL ACTION
IN RE:                                        MDL NO. 1531

TRAIN DERAILMENT NEAR AMITE,                  SECTION "A"
LOUISIANA, ON OCTOBER 12, 2002
                                              JUDGE ZAINEY
                                              MAGISTRATE SHUSHAN

THIS DOCUMENT RELATES TO:
All actions
```

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiffs' failure to lodge an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 403) and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Court Appointed Disbursing Agent allocate and disburse personal injury awards to movers William

1

Paine, Linda Paine, and Kevin Wells consistent with the previously approved allocation protocol and in amounts shown on Exhibit A (under seal) to the Report and Recommendation (Rec. Doc. 403).

February 22, 2007

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE