UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

TRAIN DERAILMENT NEAR AMITE,
LOUISIANA, ON OCTOBER 12, 2002

CIVIL ACTION
MDL NO. 1531

SECTION "A"

JUDGE ZAINEY
MAGISTRATE SHUSHAN

THIS DOCUMENT RELATES TO:
All actions

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, the failure of any party to lodge an objection to the Magistrate Judge's Report and Recommendation, and Class Counsel's Response to Court Order of June 29, 2007, hereby approves the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 414) and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that:

1. Class counsel's motion for award of attorneys' fees (Rec. Doc. 407) be GRANTED.

2. Class counsel be awarded attorneys fees of forty percent (40%) of the Common Fund and reimbursement of reasonable costs.

3. Class counsel be awarded, subject to verification and approval by the court appointed disbursement agent, reimbursement for documented and supported common benefit costs and expenses from the reserves previously approved by the Court for class litigation costs, class administrative costs and expenses, and class distribution costs and taxes.

4. To the extent that any funds remain in any of the cost-related reserves, these residual funds be awarded to class counsel as fees in addition to the full amount of the Fee Reserve, up to an award of forty percent of the Common Benefit Fund to cover any shortfall in the fee award.

5. The contingent fee contracts entered into by the class members with their private counsel and the fee provisions cited therein be recognized, subject to the appropriate payment of fees and costs therefrom to fund the Common Benefit Fund.

July 23, 2007

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE